

Pro Se Clerk
United States District Court
United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

27 February 2005

**RE: Comerford v. Schweigert**

Dear Pro Se Clerk:

Enclosed please find the above captioned action along with civil action filing attachments 2, 3, 4 and 5 and my affidavit.

Also, enclosed please find my application to proceed without fees.

Further please find my affidavit in support of my application to proceed without fees.

Please be advised that related cases have been before Judge Young since about 1997.

However I have written an accusation of judicial misconduct against Judge Young.

I have accused Judge Young of allowing an attorney who I did not retain and who had not made an appearance in my case to purportedly settle my case. I have also accused Judge Young of not proving me notice of his orders and of allowing the government not to provide me with service.

I hereby request that this case be placed before another judge.

Thank you for your attention to this mater.

Very truly yours;

Richard W. Comerford Pro Se
9 Speedwell Lane
Plymouth, Massachusetts 02360
(508) 833-9396

Encl.