UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

Richard W. Comerford Pro Se
    Plaintiff,

v.                                        C. A. No. 05-10439-WGY

Michael W. Steward et al
    Defendant,

## Plaintiff's Motion to Appoint Counsel

Pursuant to 28 U.S.C 1915 Plaintiff respectfully moves this honorable Court to appoint counsel to represent him.

Respectfully submitted,

_(signature)_

Richard W. Comerford Pro Se
9 Speedwell Lane
Plymouth, Massachusetts 02360
(508) 888-0345

Dated 23 September 2005