UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

Richard W. Comerford Pro Se
    Plaintiff,

    v.                                   C. A. No.  05-10439-WGY

Michael W. Steward et al
    Defendant,

### **Plaintiff's Motion to Amend This Complaint**

Pursuant to Federal Rule of Civil Procedure 15 Plaintiff respectfully moves this

honorable Court for leave to amend this complaint.

Respectfully submitted,

_____

Richard W. Comerford Pro Se
9 Speedwell Lane
Plymouth, Massachusetts 02360
(508) 888-0345

Dated 23 September 2005