UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

RICHARD W. COMERFORD                                Civil Action No. 05-10439-WGY
    PLAINTIFF
V.

MICHAEL W. STEWARD et al

<b><u>PLAINTIFF'S MOTION FOR CLARIFICATION</u></b>

1. Pursuant to Federal Rule of Civil Procedure 59(e) and Local Rule 7.1 Plaintiff hereby respectfully moves this honorable court to clarify its Notice of Status Conference dated 3 October 2005.

2. In support of said motion Plaintiff offers the following: In said Notice of Status Conference it appears that this honorable court mistakenly scheduled three cases for the same status conference. Plaintiff believes that this honorable court intended to only schedule case number 05-10439-WGY for said Status Conference.

3. In support of his motion plaintiff attaches hereto as his Exhibit "A" copy of said Notice of Status Conference.

Respectfully submitted,

_____

Richard W. Comerford Pro Se
9 Speedwell Lane
Plymouth, Massachusetts 02360
(508) ~~888-0345~~
833-9396

Dated: 5 OCT 05

### Certificate of Service

I hereby certify as attested by my signature above that on the date of said signature I served a true copy of this motion by First Class Mail upon AUSA Smith.

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No:05-10439-WGY
05-1173-WGY
05-11776-WGY

**COMERFORD**
Plaintiff

v.

**STEWARD**
**CHUN**
**US SECRETARY OF DEFENSE**
Defendant

## NOTICE OF STATUS CONFERENCE

YOUNG, C.J.

TAKE NOTICE that the above-entitled case has been set for STATUS CONFERENCE at 2PM, on OCT. 17, 2005, in Courtroom No. 18, 5TH FLOOR.

By the Court,

/s/ Elizabeth Smith
_____
Deputy Clerk

October 3, 2005

To: All Counsel