UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

RICHARD W. COMERFORD                           Civil Action No. 05-10439-WGY
    PLAINTIFF
V.

MICHAEL W. STEWARD et al

## PLAINTIFF'S MOTION FOR LEAVE TO ACCESS THE PACER SYSTEM WITHOUT FEE

1. Plaintiff hereby respectfully moves this honorable court for leave to access the PACER system without fee..

2. In support of said motion Plaintiff offers the following: Plaintiff is a pauper. In two previous actions numbered 97-11962-WGY and 99-11712-WGY the government improperly failed to serve plaintiff and this honorable court failed to notice plaintiff of its orders. As a result the cases were closed without plaintiff's knowledge and the government has been able to keep plaintiff in a legal limbo without either entitled military medical care and pay or discharge from Active Guard and Reserve duty since 1994. Essentially plaintiff has been denied access to the justice system for the past 8-years. It is unlikely that this injustice will reoccur if plaintiff has access to the PACER system

3. In support of his motion plaintiff attaches hereto as Exhibit "A" his affidavit.

Respectfully submitted,

_____

Richard W. Comerford Pro Se
9 Speedwell Lane
Plymouth, Massachusetts 02360
(508) 833-9396

Dated: 5 October 2005

Certificate of Service

I hereby certify as attested by my signature above that on the date of said signature I served a true copy of this motion by First Class Mail upon AUSA Smith.