```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Civil Action
 3                                        Nos. 05-10439-WGY
                                               05-11731-WGY
 4                                             05-11776-WGY
                                               05-11399-WGY
 5

 6   * * * * * * * * * * * * * * * *
                                    *
 7   RICHARD W. COMEFORD,           *
                                    *
 8              Plaintiff,          *
                                    *
 9   v.                             * STATUS CONFERENCE
                                    *
10   MICHAEL W. STEWARD, et al.     *
                                    *
11              Defendants.         *
                                    *
12   * * * * * * * * * * * * * * * *

13
                BEFORE:  The Honorable William G. Young,
14                            District Judge

15
     APPEARANCES:
16

17           RICHARD W. COMEFORD, PRO SE, 9 Speedwell
     Lane, Plymouth, Massachusetts 02360
18
             BARBARA HEALY SMITH, Assistant United
19   States Attorney, 1 Courthouse Way, Suite 9200,
     Boston, Massachusetts 02210, on behalf of the
20   Defendants

21

22

23

24                                     1 Courthouse Way
                                       Boston, Massachusetts
25
                                       October 17, 2005
```