# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                                                Civil Action
                                                                No: <u>05-10439-WGY</u>

RICHARD W. COMERFORD
Plaintiff

v.

MICHAEL W. STEWARD, ET AL
Defendant

## ORDER OF DISMISSAL

<u>YOUNG,D.J.</u>

       This case is hereby dismissed with prejudice. The plaintiff further is ENJOINED from filing any additional cases in this Court without first moving for leave to file the complaint..

                                               Sarah A. Thornton
                                               Clerk

                                               /s/ Elizabeth Smith
                                     By:   _____
                                               Deputy Clerk

March 14, 2006

Notice mailed to counsel of record.