UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS



RICHARD W. COMERFORD                Civil Action No. 05-10439
    PLAINTIFF
V.

MICHAEL W. STEWARD et al

### PLAINTIFF'S MOTION FOR RECONSIDERATION

1. Pursuant to Federal Rule of Civil Procedure 59(e) and Local Rule 7.1 Plaintiff hereby respectfully moves this honorable to reconsider its order of dismissal dated 14 March 2006.

2. In support of said motion Plaintiff offers the following: The honorable Court's order was not based on the facts and there appears to be unethical conflicts of interest in this matter on the part of both the honorable Judge Young and AUSA Smith.

3. In support of his motion plaintiff attaches hereto his sworn memorandum.

Respectfully submitted,

_____
Richard W. Comerford Pro Se
9 Speedwell Lane
Plymouth, Massachusetts 02360
(508) 833-9396

Dated: 21 March 2006

Certificate of Service

I hereby certify as attested by my signature above that on the date of said signature I served a true copy of this motion by First Class Mail upon AUSA Smith.